UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. MALIK JUSTIN,<br><br>       Plaintiff,<br><br>   v.<br><br>SFGH ZUCKERBERG,<br><br>       Defendant. | Case No. 25-cv-05728-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 4 |

On July 8, 2025, Plaintiff filed the instant case against Defendant SFGH Zuckerberg, as well as an application to proceed *in forma pauperis* (IFP). (Dkt. Nos. 1, 3.) On July 10, 2025, the Court denied Plaintiff's IFP application with leave to amend because it was incomplete. (Dkt. No. 4.) The Court ordered Plaintiff to submit an amended and complete IFP application or pay the filing fee by July 31, 2025. (*Id.*)

To date, Plaintiff has neither submitted an amended IFP application or paid the filing fee. Accordingly, the Court ORDERS Plaintiff to show cause, by **September 16, 2025**, why the case should not be dismissed for failure to comply with the Court's order by: (1) filing an amended and complete IFP application or paying the filing fee, and (2) explaining why Plaintiff did not comply with the Court's order. Failure to comply will result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: August 26, 2025

                                                                   KANDIS A. WESTMORE<br>
                                                                   United States Magistrate Judge