UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK M. JUSTIN,<br>Plaintiff,<br>v.<br>SFGH ZUCKERBERG,<br>Defendant. | Case No. 25-cv-05728-RFL<br>**ORDER DENYING MOTION TO REOPEN CASE**<br>Re: Dkt. No. 14 |

Plaintiff's case was dismissed without prejudice for failure to prosecute after Plaintiff failed to respond to the Court's order requiring him to "either submitted an amended IFP application or pa[y] the filing fee." (Dkt. Nos. 7, 12.) Because Plaintiff still has not paid the required fee or filed an amended IFP application, the request to reopen is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 25, 2026

RITA F. LIN
United States District Judge